JODI LINKER, Bar Number 230273
Federal Public Defender
Northern District of California
ANGELA CHUANG, Bar Number 313445
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Angela_chuang@fd.org

Counsel for Defendant Saleem

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HANEEF SALEEM,<br>Defendants. | **Case No.:** CR 24–482-002 JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE** |

The above titled matter is currently scheduled for a status conference on September 21, 2026, at 10:30 AM. Mr. Saleem previously pleaded guilty with a corresponding pretrial diversion agreement. He has maintained compliance with his pretrial obligations. His co-defendants are currently scheduled for trial beginning on March 8, 2027, at which he may be called as a witness. The parties therefore stipulate that the presently scheduled hearing shall be continued to January 25, 2027, at 11:00 AM for a status conference.

//

//

IT IS SO STIPULATED.

| | |
|---|---|
| August 17, 2026<br>Dated | CRAIG H. MISSAKIAN<br>United States Attorney<br>Northern District of California<br><br>/S<br>RICHARD EWENSTEIN<br>CYNTHIA FREY<br>Assistant United States Attorneys |
| August 17, 2026<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California<br><br>/S<br>ANGELA CHUANG<br>Assistant Federal Public Defender |

**ORDER**

For the reasons stated above, the Court CONTINUES this case to January 25, 2027, at 11:00 AM for status.

DATED: 8/24/2026

JAMES DONATO
United States District Judge